**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 273 EAL 2020

                Respondent            :

                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court

              v.               :

BRANDON W.W. BOSTIAN,          :

                Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.